IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO VOICES, et al.,

    Plaintiffs,

v.

NO. CIV 05-509 BB/KBM

REGENTS OF THE UNIVERSITY
OF NEW MEXICO, et. al.,

    Defendants.

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs move this Court to dismiss this cause without prejudice. As grounds for this Motion, Plaintiffs state as follows:

1. That all Plaintiffs and Defendants have entered into an agreement regarding this matter entitled, "An Agreement to Dismiss Litigation Without Prejudice."

2. As part of the Agreement, Defendants agreed to take certain steps with regard to the provision of interpreter and translation services at the University of New Mexico Health Science Center, and Plaintiffs agreed to dismiss this action without prejudice

3. After consultation with the Court, the parties further agreed that the Court would retain continuing jurisdiction over this matter while the parties conclude all steps necessary to complete the final resolution of this matter, and will entertain any motion to reopen filed by any party. Such jurisdiction shall continue until the Court is otherwise advised by the parties. Counsel for Defendants concur in this motion.

                                            _____
                                            Gail Evans
                                            New Mexico Center on Law & Poverty
                                            3117 Silver Ave. SE
                                            Albuquerque, NM 87106



(505) 255-2840

*Maureen A. Sanders*
Maureen A. Sanders
Sanders & Westbrook, P.C.
102 Granite Avenue
Albuquerque, NM 87102
(505) 243-2243

*Maureen A. Sanders for*
Nancy Simmons
Law Offices of Nancy Simmons
122 Tulane SE
Albuquerque, NM 87106
(505) 255-2575

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing pleading was forwarded by first class mail on this 7th day of November, 2005, to the following counsel of record:

Andrew G. Schultz
Rodey, Dickason, Sloan,
 Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103-1888

*Maureen A. Sanders*
Maureen A. Sanders

2